[No. 32124-6-II.   Division Two.   November 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA MARIE BISHOP, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00835-6, Gary Tabor, J., entered August 4, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 32266-8-II.   Division Two.   November 8, 2005.]

ANN W. WILSON, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-05627-7, Brian M. Tollefson, J., entered September 16, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 32289-7-II.   Division Two.   November 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHNSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-06319-2, James R. Orlando, J., entered September 24, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 32294-3-II.   Division Two.   November 8, 2005.]

*In the Matter of the Personal Restraint of* WILLIAM ULERY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.